UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SABINA CLIFFORD and EDWARD CLIFFORD,

Plaintiffs,

**ORDER**

-against-

06 CV 0323 (RJD) (JMA)

BURLINGTON MOTOR CARRIERS, INC. individually
and d/b/a SOUTHWESTERN FREIGHT CARRIERS,
SOUTHWESTERN FREIGHT CARRIERS,
SOUTHWESTERN FREIGHT CARRIERS, INC.,
individually, and RUTH ANN WILLIAMS

Defendants.
------------------------------------------------------------X

DEARIE, Chief Judge.

On January 9, 2008, Magistrate Judge Joan M. Azrack recommended that the Court deny both the defendants' motion and plaintiffs' cross-motion for summary judgment. Any objections to the Report and Recommendation were due on January 23, 2008. No objections have been filed by the parties. The Court therefore adopts the Magistrate Judge's recommendation without qualification.

SO ORDERED.

Dated:   Brooklyn, New York
         January 28, 2008

s/ Judge Raymond J. Dearie

RAYMOND J. DEARIE
United States District Judge